UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY MAGEE | CIVIL ACTION |
| VERSUS | NO. 13-6598 |
| TULANE UNIVERSITY BOARD OF ADMINISTRATORS | SECTION "N" (2) |

### ORDER AND REASONS

Presently before the Court is a motion to remand (Rec. Doc. 8) filed by Plaintiff Bobby Magee. Having carefully considered the parties' submissions and applicable law, the Court finds Plaintiff's motion to remand to lack merit. Accordingly, for the reasons set forth in Defendant's comprehensive opposition memorandum (Rec. Doc. 11), **IT IS ORDERED** that the motion (Rec. Doc. 8) is **DENIED**.[1] In addition to claims under Louisiana state law, Plaintiff asserts claims under two federal statutes – Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. §2000e, *et seq.*, and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, *et seq.* If Plaintiff had filed suit in federal court, rather than state court, this Court would have original federal question subject matter jurisdiction over Plaintiff's Title VII and ADEA claims. Thus, pursuant to 28 U.S.C. § 1441(a), this Court Defendant's removal was proper.

New Orleans, Louisiana, this 6th day of June 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's counsel is reminded of the obligations imposed by Rule 11(b) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 11(b).